APPEAL No. 77-129. STATE *v.* GLORIA Z. AHMADJIAN. The state's motion to dismiss the defendant's appeal is granted unless the defendant files a transcript within sixty days of this order.

Chief Justice Bevilacqua did not participate. *Julius C. Michaelson*, Attorney General, *Judith Romney Wegner*, Special Assistant Attorney General, for plaintiff. *John F. Cicilline*, for defendant.